IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TERRY M. ANDERSON,**
    Plaintiff,

vs.                                          Case No.: 3:11cv377/MCR/EMT

**COTTONWOOD SENIOR LIMITED PARTNERSHIP, et al.,**
    Defendants.
_____/

## ORDER

       This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 29, 2011 (doc. 5). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

       Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

       2.     The clerk shall **TRANSFER** this case to the United States District Court for the Southern District of Alabama.

       3.     The clerk is directed to close this case.

       **DONE AND ORDERED** this 4th day of October, 2011.

                                                             s/ *M. Casey Rodgers*
                                                             **M. CASEY RODGERS**
                                                             **CHIEF UNITED STATES DISTRICT JUDGE**