IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TERRY M. ANDERSON,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 11-0572-CG-M |
| **COTTONWOOD SENIOR LIMITED PARTNERSHIP, et al.,** | : |
| Defendants. | : |

**JUDGMENT**

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 4th day of January, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE